IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

MORRIS WAYNE LANSDALE                                                                    PLAINTIFF

V.                                                                      CIVIL ACTION NO. 3:07CV106-B-A

LEHMAN-ROBERTS COMPANY                                                              DEFENDANT

## **ORDER**

In accordance with the memorandum opinion issued this day, it is **ORDERED AND ADJUDGED** that the defendant's motion for summary judgment is well taken, should be, and the same is hereby **GRANTED**, and this case is **DISMISSED with prejudice**.

This, the 24th day of March, 2009.

/s/ Neal Biggers
_____
**NEAL B. BIGGERS, JR.
SENIOR U.S. DISTRICT JUDGE**